**LOSS ANALYSIS**

**Class Period: 03/22/2021 to 03/29/2021**

**VIPSHOP HOLDINGS LTD - ADR**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price | |
|---|---|---|---|---|---|
| **VIPS** | **92763W103** | **B3N0H17** | **US92763W1036** | **$25.46175** | * |

**Chew King Tan**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 3/24/2021 | 10 | $35.81 | -$358.10 |
| Purchase | 3/24/2021 | 10 | $35.81 | -$358.10 |
| **Class Period purchases:** | | **20** | | **-$716.20** |
| | LIFO Retained Purchases: | 20 | $25.46175 | $509.23 |

**\* Value of retained shares is the mean trading price from 03/30/2021 to 06/28/2021**    **LIFO Gain/(Loss):**  **-$206.97**