UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEW KING TAN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br>　　　　　　Defendants. | Case No.: 1:21-cv-08413-PAC |
| TRAVIS FLORIO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br>　　　　　　Defendants. | Case No.: 1:21-cv-08618-PAC |

| | |
|---|---|
| MICHAEL MERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br> v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br>    Defendants. | Case No.: 1:21-cv-08752-PAC |
| MARK ULANCH, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br> v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br>    Defendants. | Case No.: 1:21-cv-08897-PAC |
| ALMA FELIX, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br> v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br>    Defendants. | Case No.: 1:21-cv-10286-PAC |

| | |
|---|---|
| ALISON SCULLY, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br>  v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br>  Defendants. | Case No.: 1:21-cv-10791-PAC |
| KEVIN LEE, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br>  v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br>  Defendants. | Case No.: 1:22-cv-00169-PAC |

**NOTICE OF DEFENDANTS'**
**MOTIONS TO DISMISS THE AMENDED CLASS ACTION COMPLAINTS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, defendants Goldman Sachs Group, Inc. and Morgan Stanley (together, "defendants") will move this Court for an order dismissing with prejudice the amended class action complaints in these

coordinated actions, pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4.

In accordance with the schedule set by the Court, Plaintiffs' answering papers shall be filed on or before October 11, 2022, and Defendants' reply papers shall be filed on or before November 21, 2022.

Defendants respectfully request oral argument on this motion.

Dated: August 12, 2022

**DAVIS POLK & WARDWELL LLP**

By: /s/ *Charles S. Duggan*
Charles S. Duggan
Daniel J. Schwartz
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
charles.duggan@davispolk.com
daniel.schwartz@davispolk.com

*Counsel for Defendant Morgan Stanley*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: /s/ *Carmine D. Boccuzzi, Jr.*
Carmine D. Boccuzzi, Jr.
Olivia Everton
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
cboccuzzi@cgsh.com
oeverton@cgsh.com

*Counsel for Defendant Goldman Sachs Group, Inc.*