UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHEW KING TAN, Individually and on Behalf of :
All Others Similarly Situated,                :
                                              :   THIS DOCUMENT RELATES TO:
                    *Plaintiffs,*             :   1:21-cv-08413-JSR
                                              :   1:21-cv-08618-JSR
        - against -                           :   1:21-cv-08752-JSR
                                              :   1:21-cv-08897-JSR
                                              :   1:21-cv-10286-JSR
GOLDMAN SACHS GROUP INC. and MORGAN :   1:21-cv-10791-JSR
STANLEY & CO. LLC,                            :   1:22-cv-00169-JSR
                                              :
                    *Defendants.*             :   ORDER
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JED S. RAKOFF, U.S.D.J.:

On July 18, 2023, defendants in the above-captioned coordinated actions moved to dismiss plaintiffs' second amended complaint. Upon consideration of the parties' written submissions, the Court hereby grants defendants' motion with prejudice. An opinion explaining the reasoning for this decision will follow in due course. The Clerk is respectfully directed to close the motions in the following related cases: ECF No. 67 in 1:21-cv-08413-JSR; ECF No. 64 in 1:21-cv-08618-JSR; ECF No. 69 in 1:21-cv-08752-JSR; ECF No. 64 in 1:21-cv-08897-JSR; ECF No. 57 in 1:21-cv-10286-JSR; ECF No. 52 in 1:21-cv-10791-JSR; and ECF No. 57 in 1:22-cv-00169-JSR.

Dated: New York, New York          SO ORDERED
      March 28, 2024

                                                      HONORABLE JED S. RAKOFF
                                                      United States District Judge

1